**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE LUMIFY | ) <br> ) <br> ) <br> ) Cause No.: <br> ) <br> ) [Pending in the U.S. District Court for the District of New <br> ) Jersey, C.A. 21-16766 (RK)(RLS) (CONSOLIDATED)] <br> ) |

### NON-PARTY GERALD D. HORN'S MOTION TO QUASH SUBPOENA OR ALTERNATIVELY FOR A PROTECTIVE ORDER

Non-party Gerald D. Horn, M.D. ("Dr. Horn"), pursuant Rules 45(d)(3), 26(b)(2)(C), and 26(c)(1), Fed. R. Civ. P., moves the Court for an order quashing a subpoena for deposition testimony issued by Dr. Reddy's Laboratories Inc., Dr. Reddy's Laboratories, S.A., Slayback Pharma LLC, and Slayback Pharma India LLP (collectively the "NJ Defendants") dated May 13, 2024 (the "Subpoena"), or, in the alternative, for a protective order narrowing the scope of the Subpoena on the grounds that it subjects Dr. Horn to an undue burden and seeks irrelevant, privileged, burdensome, and/or cumulative discovery in *In re Lumify*, C.A. No. 21-16766 (RK)(RLS) (D.N.J.).

Pursuant to Local Rule 78.3, this Motion is accompanied by a brief which is being filed contemporaneously with this Motion and incorporated by reference herein. Dr. Horn requests oral argument in order to assist the Court with resolution of this Motion.

Counsel for Dr. Horn met and conferred with opposing counsel regarding the issues addressed by this Motion on May 30, 2024. The parties discussed ways to address the Subpoena and surrounding issues but could not reach agreement.

WHEREFORE, Dr. Horn prays the Court for the following relief:

(a) An Order quashing the Subpoena in its entirety;

(b) Alternatively, a Protective Order prohibiting the NJ Defendants from seeking privileged, irrelevant, and/or cumulative information from Dr. Horn and limiting Dr. Horn's deposition in both time and scope to specific subject matters relevant to the case and to permit a virtual deposition or a deposition by written questions;

(c) An award of Dr. Horn's reasonable attorneys' fees and costs for bringing this Motion; and

(d) Such further relief as the Court deems just and proper.

Dated: June 6, 2024

**HEPLERBROOM LLC**

*/s/ Anton J. Marqui*
Anton J. Marqui 6288387
70 West Madison, Suite 2600
Chicago, IL 60602
312-205-7729
anton.marqui@heplerbroom.com

Glenn E. Davis 6184597
HeplerBroom LLC
701 Market Street, Suite 1400
St. Louis, MO 63101
314-241-6160
*glenn.davis@heplerbroom.com*

*Attorneys for Non-Party Gerald Horn*

OF COUNSEL:

Bryan C. Diner
Justin J. Hasford
Matthew J. Luneack
Christina Ji-Hye Yang
**FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413

Ryan P. O'Quinn
**FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023

*Attorneys for Non-Party Gerald Horn*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, states that he caused to have electronically filed with the Clerk of the Court, the foregoing pleading, and caused the same to be served on the following attorneys of record via email on June 6, 2024:

Robert Frederickson, III
Elaine Herrmann Blais
Kevin P. Martin
Anna Zhou
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
rfrederickson@goodwinlaw.com
eblais@goodwinlaw.com
kmartin@goodwinlaw.com
azhou@goodwinlaw.com

Linnea Cipriano
Timothy J. Beavers
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
lcipriano@goodwinlaw.com
tbeavers@goodwinlaw.com

Christopher Cassella
Cristina Denise Go
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
(202) 346-4358
ccassella@goodwinlaw.com
dgo@goodwinlaw.com

Louis H. Weinstein
Frank D. Rodriguez
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
(973) 966-3200
lweinstein@windelsmarx.com
frodriguez@windelsmarx.com

           /s/ Anton J. Marqui